EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 23 2002

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 02-00027 SOM |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [7 U.S.C. § 2024(b)] |
| LAI HO NGUYEN, ) | |
| aka "Chi Lai," ) | |
| Defendant. ) | |

INDICTMENT
---

The Grand Jury charges:

From in or around April 1996 to on or about May 21, 1998, in the District of Hawaii, the defendant, LAI HO NGUYEN, aka "Chi Lai," knowingly used, transferred, acquired, and possessed food stamp coupons of $5,000 or more, in a manner

contrary to law, knowing that such transfer, acquisition, and possession was contrary to law.

All in violation of Title 7, United States Code, Section 2024(b).

DATED: ____1|23____, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

<u>UNITED STATES v. LAI HO NGUYEN</u>
Cr. No. _____
"Indictment"

2