AO 422 (Rev. 12/85) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

LAI HO NGUYEN
aka "Chi Lai"
5900 NW 168th Street, Suite 102
Hialeah, FL 33015
(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR 02-00027 SOM

YOU ARE HEREBY COMMANDED TO ARREST LAI HO NGUYEN and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment, charging him or her with (brief description of offense)

Transfer or unauthorized use of Food Stamps.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 6 2007

at 10 o'clock and 00 min. A M
SUE BEITIA, CLERK

U.S. MARSHALS SERVICE
HONOLULU, HI.
RECEIVED
02 JAN 24 A9:12

in violation of Title 7 United States Code, Section(s) 2024.

Walter A.Y.H. Chinn
Name and Title of Issuing Officer

Signature of Issuing Officer/Deputy Clerk

Clerk U.S. District Court
Title of Issuing Officer

1/23/02 at Honolulu, Hawaii
Date and Location

Bail Fixed at NO BAIL    By: Kevin S. C. Chang, United States Magistrate Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest APR 3 0 2002 | Special Agent Rachel A Byrd | Rachel A Byrd |